# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN QUOC LE, | Case No. SA CV 18-01111 TJH (RAO) |
| Petitioner, | |
| v. | **JUDGMENT [JS-6]** |
| KIRSTJEN NIELSEN, et al., | |
| Respondents. | |

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to the order of voluntary dismissal, that this action is dismissed.

DATED: August 6, 2018

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE